IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDUL MASIR BAZIDWALL,<br><br>Defendant. | Case No. 1:24-mj-476<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jacqueline Scott, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a criminal complaint charging Abdul Masir Bazidwall ("**BAZIDWALL**") with international parental kidnapping, in violation of 18 U.S.C. § 1204.

2. I am a Special Agent with the FBI and have been so employed since December 2022. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7) empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am authorized to execute warrants issued under the authority of the United States.

3. I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force. In my capacity as a law enforcement officer, I investigate crimes against children, including international parental kidnappings, sexual exploitation of children, and human trafficking of children and adults.

1

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1204 (International Parental Kidnapping) have been committed by Abdul Masir **BAZIDWALL**.

5. I have participated in the investigation of the offenses set forth below. The facts and information contained in this affidavit are based on my personal knowledge, training, and experience, as well as information obtained from other law enforcement officers and witnesses. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. In 2017, **BAZIDWALL** and Razia Qadiri ("Qadiri") were legally married in Afghanistan. Both **BAZIDWALL** and Qadiri were born in Afghanistan. In 2017, **BAZIDWALL** and Qadiri moved to the United States. Both became dual citizens of Afghanistan and the United States. In 2018, Qadiri gave birth to their son ("Minor 1") in Fairfax County, Virginia. In 2022, Qadiri gave birth to another son ("Minor 2") also in Fairfax County, Virginia.

7. **BAZIDWALL**, Qadiri, Minor 1, and Minor 2 resided together at a home in Prince William County, Virginia.

8. In April 2024, **BAZIDWALL** was arrested in Prince William County for misdemeanor assault and battery of a family member. (The Prince William County case is still pending, with a next court date currently scheduled for December 5, 2024.) After a dispute between **BAZIDWALL** and Qadiri in their home, **BAZIDWALL** grabbed Qadiri's arm, took her phone from her, and smashed it with a hammer.

9. According to Qadiri, after the incident, **BAZIDWALL** took blame for the incident and seemed to behave well toward her.

10. In October 2024, **BAZIDWALL** offered to take Minor 1 and Minor 2—by himself and without Qadiri—to Afghanistan to visit Qadiri's mother, who had some health issues. The visit was supposed to be only for approximately one week.

11. Qadiri provided law enforcement with a flight confirmation which showed that on October 12, 2024, a booking was made for **BAZIDWALL**, Minor 1, and Minor 2 for the following roundtrip itinerary:

|  | Airline | Flight Number | Departure | Arrival |
|---|---|---|---|---|
| **Outbound** | Qatar Airways | QR 710 | Washington Dulles 10/17/2024 10:55 AM | Doha 10/18/2024 6:35 AM (local time) |
|  | Qatar Airways | QR 1006 | Doha 10/18/2024 7:55 AM | Dubai 10/18/2024 10:15 AM (local time) |
|  | KAM Air | RQ 924 | Dubai 10/18/2024 12:20 PM | Kandahar 10/18/2024 3:10 PM (local time) |
|  | KAM Air | RQ 924 | Kandahar 10/18/2024 4:10 PM | Kabul 10/18/2024 5:25 PM (local time) |
| **Inbound** | KAM Air | RQ 901 | Kabul 10/24/2024 5:25 PM | Dubai 10/24/2024 8:10PM (local time) |
|  | Qatar Airways | QR 1015 | Dubai 10/24/2024 11:20 PM | Doha 10/24/2024 11:35 PM (local time) |
|  | Qatar Airways | QR 707 | Doha 10/25/2024 8:45 AM | Washington Dulles 10/25/2024 4:10 PM (local time) |

12. On October 17, 2024, **BAZIDWALL** flew with Minor 1 and Minor 2 from Washington Dulles International Airport ("Dulles"), located in Fairfax County within the Eastern District of Virginia, and arrived in Kabul, Afghanistan on October 18, 2024. **BAZIDWALL** took

3

the United States passports for both their children with him. Throughout their journey, Qadiri received messages and photos of Minor 1 and Minor 2 from **BAZIDWALL** via WhatsApp.

13. On October 18, 2024, **BAZIDWALL** called Qadiri via WhatsApp and told her that if she wanted to see her children again, she would need to come to Afghanistan. **BAZIDWALL** told Qadiri that this had been his plan all along.

14. Qadiri reported this incident to the FBI on October 22, 2024.

15. I have reviewed summary translations of WhatsApp messages between **BAZIDWALL** and Qadiri from on or about October 17, 2024, through on or about October 25, 2024. The following is based on information provided by Qadiri and my review of the summary translations:

    a. In WhatsApp messages on or about October 17, 2024, and October 18, 2024, Qadiri and **BAZIDWALL** discussed the journey. Qadiri worried that the long journey would be tiring for their children and prayed for their safe arrival. **BAZIDWALL** updated Qadiri when they were on the plane to Dubai and sent photos of their children.

    b. At 12:18 P.M. on October 18, 2024, a four-minute call took place. Qadiri explained that during the call, **BAZIDWALL** told her that if she wanted to see her children again, she would need to come to Afghanistan. Qadiri attempted to record the call, but **BAZIDWALL** hung up.

    c. In WhatsApp messages following that call, **BAZIDWALL** told Qadiri that if she wants to live with her children, she can come to Afghanistan and that he brought their children to Afghanistan with Qadiri's consent. Qadiri replied that **BAZIDWALL** deceived her. Qadiri said that it is not safe for

4

        her to come to Kabul due to the Taliban.  **BAZIDWALL** stated that he cannot live in America because of Qadiri.

    d.    On October 25, 2024, **BAZIDWALL** sent Qadiri a photo via WhatsApp of Minor 2 (who is approximately 2 years old) holding a firearm while seated. Qadiri recognized that the setting of the photo was **BAZIDWALL's** family's home in Kabul, Afghanistan.

16.    I reviewed information from U.S. Customs and Border Protection ("CBP") which showed that on October 17, 2024, at 10:46 A.M. **BAZIDWALL**, Minor 1, and Minor 2 were admitted onto Qatar Airways flight QR 710 from Dulles to Doha, Qatar. Additional information showed that **BAZIDWALL**, Minor 1, and Minor 2 were not on board Qatar Airways flight QR 707 from Doha to Dulles, which landed on October 25, 2024.

17.    No members of Qadiri's family who live in Afghanistan have been able to see Minor 1 or Minor 2.  Since October 18, 2024, Qadiri has not spoken to Minor 1 or Minor 2 via phone or video call.  CBP records do not show **BAZIDWALL**, Minor 1, or Minor 2 reentering the United States.

18.    Qadiri has filed for custody of Minor 1 and Minor 2 through the Prince William County Juvenile and Domestic Relations District Court.

## **CONCLUSION**

19. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about October 17, 2024, and continuing through at least the date of this affidavit, within the Eastern District of Virginia and elsewhere, **BAZIDWALL** removed Minor 1 and Minor 2 from the United States and is retaining Minor 1 and Minor 2 outside of the United States with intent to obstruct the lawful exercise of Qadiri's parental rights, in violation of 18 U.S.C. § 1204.

20. Accordingly, I request that a complaint be issued charging Abdul Masir **BAZIDWALL** with such offense.

Respectfully submitted,

*Jacqueline W. Scott*

Jacqueline Scott
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance
with Fed. R. Crim. P. 4.1 by telephone
on December 3, 2024:

Digitally signed by Ivan Davis
Date: 2024.12.03 12:33:24 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge