10481924

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2024 DEC 17 A 10: 54

United States of America
v.
ABDUL MASIR BAZIDWALL

Case No. 1:24-mj-476

**FILED UNDER SEAL**

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Abdul Masir Bazidwall,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1204 (International Parental Kidnapping)

Date: 12/03/2024

Digitally signed by Ivan Davis
Date: 2024.12.03 12:32:43 -05'00'

*Issuing officer's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/04/2024, and the person was arrested on *(date)* 12/16/2024
at *(city and state)* Dulles Airport Sterling, VA.

Date: 12/17/2024

Jacqueline W. Scott
*Arresting officer's signature*

Jacqueline Scott, Special Agent
*Printed name and title*